In the Matter of JOSEPH MARTINO, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., MacCrate, Schmidt and Murphy, JJ.

In the Matter of WALTER G. McGAHAN et al., Appellants-Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and LEON A. BEERMAN et al., Respondents-Appellants.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., MacCrate, Schmidt and Murphy, JJ.

In the Matter of WILLIAM J. McGRAW et al., Appellants-Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and THOMAS V. LA FAUCI et al., Respondents-Appellants. — Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., MacCrate, Schmidt and Murphy, JJ.

In the Matter of EDGAR F. MORAN et al., Appellants, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., MacCrate, Schmidt and Murphy, JJ.

## (September 20, 1954.)

AMERICAN BALL BEARING CORP. et al., Respondents, v. HEWES & PENN CORPORATION, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Schmidt and Murphy, JJ.; Beldock, J., not voting. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Schmidt and Murphy, JJ.; Beldock, J., not voting. [See 283 App. Div. 1068.]

THOMAS J. CASSENS, Respondent, v. HANSCOM EQUIPMENT INC., et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

DONALD HAUSER, Appellant, v. SCHOONMAKER DRUGS, INCORPORATED, et al., Respondents.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. In view of the decision, the motion for leave to appeal as a poor person and for assignment of counsel is dismissed, without costs. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.